## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

NATHAN LE,

       Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY and STEPHEN SNYDER AND ASSOCIATES AGENCY, LLC,

       Defendants.

Case No. 17-CIV-465-RAW

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT STEPHEN SNYDER AND ASSOCIATES AGENCY, LLC

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), Plaintiff Nathan Le and Defendants Allstate Indemnity Company and Stephen Snyder and Associates Agency, LLC, file this joint stipulation of dismissal without prejudice solely as to Defendant Stephen Snyder and Associates Agency, LLC.

Respectfully submitted,

s/ RONALD L. WALKER
RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
TOMLINSON · MCKINSTRY P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone:  405/606.3370
Facsimile:   877/917.1559
ronw@TMOKlaw.com
jerryn@TMOKlaw.com
*Attorneys for Defendant Stephen Snyder and Associates Agency, LLC and Allstate Indemnity Company*

*and*

s/ RYAN J. FULDA
(Signed by filing attorney with permission of attorney)
RYAN J. FULDA, OBA #21184
Schaffer Herring PLLC
7134 South Yale, Ste. 300
Tulsa, OK 74136
Telephone: (918) 550-8105
Facsimile: (918) 550-8106
ryan.fulda@schafferherring.com
*Attorney for Plaintiff*