# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHAN LE, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INDEMNITY COMPANY, <br><br> Defendant. | Case No. 17-CIV-465-RAW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), Plaintiff Nathan Le and Defendant Allstate Indemnity Company file this joint stipulation of dismissal with prejudice of the above-styled lawsuit, with each party to bear its own attorney fees and costs.

Respectfully submitted,

s/ RYAN J. FULDA
RYAN J. FULDA, OBA #21184
Schaffer Herring PLLC
7134 South Yale, Ste. 300
Tulsa, OK 74136
Telephone: (918) 550-8105
Facsimile: (918) 550-8106
ryan.fulda@schafferherring.com
*Attorney for Plaintiff*

        s/ RONALD L. WALKER
(Signed by filing attorney with permission of attorney)

RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
TOMLINSON · MCKINSTRY P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone:  405/606.3370
Facsimile:   877/917.1559
ronw@TMOKlaw.com
jerryn@TMOKlaw.com
*Attorneys for Allstate Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2016, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to those ECF registrants for this matter.

Mr. Ronald Walker
RonW@tmoklaw.com
Jerry D. Noblin, Jr
jerryn@tmoklaw.com
Attorneys for Defendants

                                                  /s/ Ryan J. Fulda